**Order filed August 20, 2020**



## In The

# Eleventh Court of Appeals

_____

## No. 11-20-00071-CV

_____

### LANCE WALTER KING, Appellant

### V.

### BRIA ALEXIS KING, Appellee

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. FM66022**

### O R D E R

Lance Walter King filed a notice of appeal on February 28, 2020. He represents himself pro se in this appeal. On July 9, 2020, we dismissed the appeal for want of prosecution. Appellant has since filed in this court a motion for rehearing in which he has explained his plight, apologized for his oversight, and requested that we reinstate the appeal. Appellee filed a response to Appellant's motion for rehearing; she opposes his motion. However, after due consideration of Appellant's motion and Appellee's response, particularly Appellant's assurances that this appeal

"means everything" to him and that he will tend to these matters if this court grants his motion for rehearing, we believe that Appellant's motion should be granted. Accordingly, we grant Appellant's motion for rehearing, withdraw our opinion and judgment dated July 9, 2020, and reinstate the appeal.

The clerk's record and the reporter's record were originally due for filing in this court on March 31, 2020. Appellant has not been determined to be indigent by the trial court. Therefore, it is Appellant's responsibility (1) to request the preparation of and either pay for or make arrangements to pay for the reporter's record and (2) to pay for or make arrangements to pay for the clerk's record. *See* TEX. R. APP. P. 35.3(a)(2), (b).

We note that we are granting the motion in order to allow Appellant to have only one more opportunity to prosecute this appeal in a timely manner. We expect Appellant to comply with his responsibilities under Rule 35.3 of the Texas Rules of Appellate Procedure. If Appellant fails to do so **on or before September 21, 2020**, we will dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Appellant's motion for rehearing is granted, and the opinion and judgment entered in this cause on July 9, 2020, are withdrawn.

PER CURIAM

August 20, 2020

Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.